# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JOSHUA KAIN SMITH,<br><br>        Defendant. | Case No. 13-00286-01-CR-W-GAF |

## **PROPOSED RESTITUTION JUDGMENT**

    1.    A total amount of restitution is ordered for $23,406.00.

    2.    Restitution is due and payable immediately, and not withstanding any other provision of this order, the Government may enforce restitution at any time. The defendant shall make a bona fide effort to pay restitution in full as soon as practical. Interest is waived on the amount of unpaid restitution.

    3.    Pursuant to 18 U.S.C. § 3612(g) defendant may be subject to delinquent and default penalties.

    4.    If incarcerated, the defendant shall participate in the Bureau of Prisons' Inmate Financial Responsibility Program at a rate of at least $25.00 per quarter, or at least 10% of earnings, whichever is greater.

    5.    The defendant shall pay to the Clerk at least $100.00 or 10% of his disposable earnings for the month, whichever is greater, while on supervised release, commencing 30 days after release from incarceration, and $100.00 or 25% of his disposable income thereafter. The term "disposable earnings" is defined in 15 U.S.C. § 1672(b) and means the amount of earnings

remaining after the deduction of any amounts required by law to be withheld. The term "earnings" is defined in 15 U.S.C. § 1672(a) and means compensation paid or payable for personal services, whether denominated as wages, salary, commission, bonus, or otherwise, and includes periodic payments pursuant to a pension or retirement program.

6. The victim's name and address is listed in the Judgment & Commitment.

7. All payments shall be made to the Clerk of the Court, United States District Court, 400 E. 9th Street, Room 1150, Kansas City, Missouri 64106.

8. The defendant shall notify, within 30 days, the Clerk of the Court and the United States Attorney's Office, Financial Litigation Unit, 400 E. 9th Street, Room 5510, Kansas City, Missouri 64106 of: (a) Any change of name, residence, or mailing address; and (b) Any material change in economic circumstances that affects the ability to pay restitution.

/s/ Gary A. Fenner
THE HONORABLE GARY A. FENNER
United States District Court Judge
Western District of Missouri

Dated: April 20, 2015
Kansas City, Missouri